failure to prosecute in accordance with the rules.

Victoria G. TAN–GATUE, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

**No. 02–3034.**

United States Court of Appeals,
Federal Circuit.

DECIDED: June 27, 2002.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Medigene AG, Plaintiff–Appellant,**

v.

**LOYOLA UNIVERSITY OF CHICAGO**
**and and Paul Waugaman,**
**Defendants–Appellees,**

and

**Medimmune, Inc., Defendant–Appellee.**

**No. 02–1235, 02–1308.**

United States Court of Appeals,
Federal Circuit.

DECIDED: June 27, 2002.

*ORDER*

SCHALL, Circuit Judge.

Upon consideration of the parties' consent motion to transfer these appeals to the United States Court of Appeals for the Seventh Circuit under the principles established in *Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc.,* — U.S. —, 122 S.Ct. 1889, 153 L.Ed.2d 13 (2002),

IT IS ORDERED THAT:

The motion to transfer pursuant to 28 U.S.C. § 1631 is granted.